IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CHARLES F. DAVIS, | ) |
|     Plaintiff- Appellant, | ) |
| v. | ) CASE NO. 1:21-CV-171 |
|  | ) Appeal No. 22-12151-A |
| TIMOTHY WARD, GEORGIA DEPARTMENT OF CORRECTIONS, | ) |
|     Defendant - Appellee. | ) |

O R D E R

The appellant in the above-styled action having been denied a Certificate of Appealability by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this ___30th___ day of September, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA